UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUANN KAY NELSON,<br><br>Plaintiffs,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>Defendant. | Case No.16-00594 MEJ<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE**<br><br>**[Reassigned Case]** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been reassigned to the Honorable Maria-Elena James. It is hereby ordered, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, that a Case Management Conference shall be held in this case on **Thursday, April 21, 2016, at 10:00 A.M**., in Courtroom B, 15th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

Counsel shall file a joint case management statement, no later than **April 14, 2016** addressing each of the items listed in the "Standing Order For All Judges of the Northern District - Contents of Joint Case Management statement," which is attached to this order and can also be found on the court's website. A proposed order is not necessary. Following the conference, the court will enter its own Case Management and Pretrial Order. If any party is proceeding without counsel, separate statements may be filed by each party.

Each party shall appear personally or by counsel prepared to address all of the matters referred to in this Order and with authority to enter stipulations and make admissions pursuant to this Order. Any request to reschedule the date of the conference shall be made in writing, and by stipulation if possible  and must be based upon good cause.

**IT IS SO ORDERED.**

Dated: March 2, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge